# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

Robert Barbanti,                    :

                                    :        04    **CIVIL** 4939(SCR)

            Plaintiff,              :        **JUDGMENT**

    -against-                       :        FILED
                                             U.S. DISTRICT
MTA Metro North Commuter Railroad,  :        MAY -9 2005
                                             S.D. OF N.Y. W.P.
                                    :

            Defendant.              :

- - - - - - - - - - - - - - - - - - -X


Whereas the above entitled action having been assigned to the

Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter

on May 5, 2005, having handed down its memorandum decision and

order granting plaintiff's motion to remand and denied Defendant's

cross-motion for judgment on the pleadings, it is,


**ORDERED, ADJUDGED AND DECREED:** That the complaint be and

it is hereby remanded to the Supreme Court of the State of

New York, County of Orange and closed in this court.


Dated: White Plains, New York

    May 9, 2005                         J. Michael McMahon
                                        _____
                                              Clerk

                                        EOD